**Fill in this information to identify your case:**

Debtor 1: **Teneshia Clarese Smith-Boglin**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known):

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Aaron's**<br><br>Description of property securing debt: **Lease** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Comcast** | ■ No<br>☐ Yes |
| Description of leased Property: **Internet and phone** | |
| Lessor's name: **Hidden Creek Apartments** | ■ No |

Debtor 1  **Teneshia Clarese Smith-Boglin**                                    Case number *(if known)*

☐ Yes

Description of leased Property:  **Residential Lease**

Lessor's name:  **Progressive Leasing**                                         ■ No

☐ Yes

Description of leased Property:  **Furniture**

---

**Part 3:  Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Teneshia Clarese Smith-Boglin**                     X _____
   **Teneshia Clarese Smith-Boglin**                             Signature of Debtor 2
   Signature of Debtor 1

Date  **October 18, 2019**                                   Date _____

---

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | *  CASE NO.: |
| | * |
| **TENESHIA CLARESE SMITH-BOGLIN** | * |
| | * |
| | *  CHAPTER:  7 |
| | * |
| | * |
| Debtor | * |

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtor's Statement of Intentions", by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery addressed to:

Kara L. West, Chapter 13 Trustee

Kimberly Swafford, US Trustee

All remaining creditors in interest listed below were served at the address indicated by United States mail:

Teneshia Smith-Boglin
107 Spring Gardens Drive
Birmingham, AL  35217

Aaron's
Attn:  Corporate Office
400 Galleria Pkwy, SE, Ste. 300
Atlanta, GA  30339

Hidden Creek Apartments
7710 E. Brainerd Rd.
Chattanooga, TN 37421

Comcast
Attn:  Bankruptcy
PO Box 182249
Chattanooga, TN  37422

Progressive Leasing
256 Data Dr.
Draper, UT  84020

American Financial
Attn:  Corporate Office
156 E. 15th Ave.
Gulf Shores, AL  36542

Dated: October 18, 2019

                                                               /s/ Ray C. Johnson

<u>/s/ Christina M. Denton</u>
Ray C. Johnson, 026856 TN
Christina M. Denton, 035984 TN